# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag. No. 13-2550(10) (DEA) |
| v. | |
| MENDEL EPSTEIN, et al. | BAIL MODIFICATION ORDER |

Defendant SHOLOM SHUCHAT having been arrested on a criminal complaint charging the defendant with conspiracy to kidnap, in violation of Title 18, United States Code, Section 1201(c); and the defendant having appeared before the Court for an initial appearance on October 10, 2013; and having been released to home confinement and electronic monitoring subject to the supervision of Pretrial Services in the Eastern District of New York; and with the consent of the United States:

IT IS on this 11th day of December, 2013,

ORDERED that Sholom Shuchat may be released from home confinement from 7:00 a.m. until 7:00 p.m. on Thursday, December 12, 2013, to travel to Newark, New Jersey, for a job interview at IDT Corporation, a telecommunications and technology business located at 520 Broad Street, Newark, NJ 07102.

HON. DOUGLAS E. ARPERT
United States Magistrate Judge