RECEIVED

FEB 21 2014

DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

MENDEL EPSTEIN, et al.

Mag. No. 13-2550(10) (DEA)

BAIL MODIFICATION
CONSENT ORDER

Upon the application of Defendant Sholom Shuchat by his counsel, Alan S. Futerfas, and with the consent of the Government, AUSA Joseph Gribko,

WHEREAS defendant SHOLOM SHUCHAT was arrested on a criminal complaint charging a violation of 18 U.S.C. § 1201(c), appeared before the Court for an initial appearance on October 10, 2013, and was released to home confinement and GPS monitoring subject to the supervision of Pretrial Services in the Eastern District of New York;

IT IS on this 21st day of February, 2014,

ORDERED that Sholom Shuchat shall be released from the conditions of home confinement and from GPS and electronic monitoring previously imposed by this Court; and it is further

ORDERED that Sholom Shuchat may travel freely within the jurisdictional boundaries of the States of New York and New Jersey; and it is further

ORDERED that the other conditions of release set forth in the Order dated October 16, 2013 (Docket Entry 57) shall remain in effect.

HON. DOUGLAS E. ARPERT
United States Magistrate Judge

BY:

Alan S. Futerfas, Esq.
Counsel for Sholom Shuchat

BY:

R. Joseph Gribko, Esq.
United States Attorney's Office
District of New Jersey

2